■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOLLIS BARNES, Appellant.— Motion granted and order entered October 21, 1971 amended to state that a constitutional question was presented and passed upon. Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Cardamone, JJ. [37 A D 2d 918.]